UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CV212

| | |
|---|---|
| LORI A. PORTER, and POWELL D. PORTER, individually and as Trustee of THE POTTER FAMILY TRUST, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| TAMMERA M. PORTER ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on its own motion to continue the trial from the 5 September 2006 term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the September 2006 term in the Statesville Division to the 6 November 2006 term in the Statesville Division.

Signed: August 3, 2006

Richard L. Voorhees
United States District Judge